# EXHIBIT "A"

425-2023-01277

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | FCHR 202343197 |
| ☒ EEOC | Date: 06/28/2023 |

Florida Commission on Human Relations    Time: 12:30 PM    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Laurie Darmofal | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

Street Address: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148    Email: employment@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Gulf Coast Children's Advocacy Center, Inc | 15+ | (850) 872-7760 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 210 E 11th St | Panama City, FL | tiffani.hinds@gulfcoastcac.org |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EEOC MLO Received 6/20/2023 | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify below.)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10/2022    Latest: 06/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I, Laurie Darmofal, was hired at Gulf Coast Children's Advocacy Center as a Program Coordinator in September of 2022 until I was constructively discharged on or around June of 2023, due to age-based harassment and discrimination.

The following is a non-exhaustive list of incidents of the age based harassment and discrimination I was subjected to:
In October of 2022, Allie (LNU) began mocking our colleague, Daphne (LNU), who is in her 50s. She made derogatory comments about Daphne's age and ridiculed her Facebook profile. These remarks made me uncomfortable since I am close in age to Daphne.

In January of 2023, shortly after my 50th birthday, my subordinate Whitney (LNU) rudely asked, "Can we use your AARP discount?". Both she and Allie burst into laughter. I confronted them about the hurtful comment, but they showed no concern. Additionally, I have been repeatedly referred to as "mom," which further adds to the discomfort.

Later that month, the executive director informed me that I needed to "figure out how to work with the younger generations." This made me feel like they doubted my ability to perform my job due to my age.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

06 / 19 / 2023        *[signature]* Laurie K. D___
Date        Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

Doc ID: 0a15943c302c70fe3e6657b5e7abebf989c13874

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA   FCHR 202343197<br>☒ EEOC   Date: 06/282023 |
|---|---|
| Florida Commission on Human Relations<br>State or local Agency, if any | Time: 12:30 PM   and EEOC |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Around April of 2023, I spoke with both Tiffani of HR and executive director, Lori (LNU), to express my concerns about a baseless accusation made against me by Allie. I also made it clear that I felt targeted because of my age, facing retaliation even for simple tasks. When I provided Brett, the Chief Operations Manager, with examples of Allie's mistreatment, he responded dismissively, stating, "That's just her generation, you'll have to get used to it." This further reinforced the feeling of being attacked and undermined in my job due to my age.

In May of 2023, I formally lodged a complaint about the discrimination and retaliation I was experiencing

In June of 2023, HR representative Tiffini approached me, expressing her intention to discuss my "deficiencies" and initiate a corrective action plan. Surprisingly, none of these concerns had been previously communicated to me until after I submitted the formal complaint. I was given the choice of being written up for an infraction I did not commit or resigning. It became evident to me that I was facing retaliation for raising the complaint, and I that I had no choice but to resign or continue to suffer harassment and discrimination.

Thus, I have been discriminated against on the basis of my age and retaliated against for reporting and objecting to age based discrimination and harassment in violation of the Age Discrimination in Employment Act (ADEA), and the Florida Civil Rights Act (FCRA) of 1992.

EEOC MLO
Received 6/20/2023

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06 / 19 / 2023       *Lauri K. Dea*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: 0a15943c302c70fe3e6657b5e7abebf989c13874

CP Enclosure with EEOC Form 5 (11/09)

FCHR 202343197
Date: 06/28/2023
Time: 12:30 PM

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

EEOC MLO
Received 6/20/2023

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Doc ID: 0a15943c302c70fe3e6657b5e7abebf989c13874